**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 434 MAL 2014
:
             Respondent      :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v.              :
:
:
:
ANTHONY DWIGHT YELVERTON,  :
:
             Petitioner        :

## ORDER

**PER CURIAM**

      **AND NOW**, this 29th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.